UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL WEST,

Plaintiff,

v.

CHILDREN & FAMILY SERVICES, COUNTY OF SOUTH CENTRAL WAYNE and SHANNON NAQUANA JONES,

Defendants.
_____________________________/

Case No. 4:26-cv-13066

Hon. F. Kay Behm
United States District Judge

## JUDGMENT

In accordance with the Opinion and Order issued on September 29, 2026, the case is **DISMISSED** without prejudice.

**SO ORDERED.**

Date: September 29, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge